IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

<u>Eileen May Dyer</u>

Civil Case # 1:18-cv-00817-RLY-TAB

**MOTION TO SUBSTITUTE PARTY PLAINTIFF
AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT**

COMES NOW, Edward Dyer, surviving son of Eileen May Dyer, and files this motion to substitute as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, the Movant respectfully shows the court the following:

1. Plaintiff Eileen May Dyer filed her Short Form Complaint in the United States District Court for the Southern District of Indiana on March 14, 2018.

2. Plaintiff Eileen May Dyer died on or about December 13, 2023.

3. On May 8, 2025, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a)(1). *See* Doc. No. 26845. Plaintiff's counsel recently learned of the death of Eileen May Dyer after contacting her son.

4. Edward Dyer, surviving son of Eileen May Dyer, is the proper party plaintiff to substitute for Plaintiff-decedent Eileen May Dyer and to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1), stating, "[i]f a party dies, and the claim is not extinguished, the court may order substitution of the

1

proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

5. Plaintiff thus moves to substitute Edward Dyer, as Personal Representative of the Estate of Eileen May Dyer, Deceased, as Plaintiff in the present action.

6. Plaintiff also moves to amend the Complaint, as well as the caption of the Complaint, to correct the proper Plaintiff (specifically, Edward Dyer, as Personal Representative of the Estate of Eileen May Dyer, Deceased) and to update and include information, allegations, and actions within the Complaint to reflect that Plaintiff Eileen May Dyer is now deceased.

7. A proposed First Amended Short Form Complaint is attached hereto as Exhibit "A".

8. Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the Court's leave. The Court should freely give leave when justice so requires.

WHEREFORE, counsel for Plaintiff requests this Court for the following relief (1) the Court substitute Edward Dyer, as Personal Representative of the Estate of Eileen May Dyer, Deceased, as Party Plaintiff for Eileen May Dyer; (2) the Court grant leave to file the attached First Amended Short Form Complaint (Case 1:18-cv-00817-RLY-TAB); and, (3) the Court deem the attached First Amended Short Form Complaint filed instanter. A proposed Order is attached hereto as Exhibit "B".

Dated: August 6, 2025.

        Respectfully Submitted,

        */s/ Ben C. Martin*
        Ben C. Martin, TX Bar No. 13052400
        **Ben Martin Law Group, PLLC**
        3141 Hood Street, Suite 600
        Dallas, TX 75219
        Tel.: (214) 761-6614
        Fax: (214) 744-7590
        bmartin@bencmartin.com

        ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

        */s/ Ben C. Martin*
        Ben C. Martin